JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD GIBSON,<br><br>          Petitioner,<br><br>     v.<br><br>E. ARNOLD, Warden,<br><br>          Respondent. | Case No. 2:17-cv-08136-CBM (SP)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: FEBRUARY 1, 2022

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE